UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT AVERY and
JOSHUA AVERY, f/k/a JOSHUA HICKS,
individuals,

        Plaintiffs,

v.

                Case No.: 8:16-cv-02417-MSS-TGW

SYNCHRONY BANK,
a foreign for-profit corporation,

        Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

**COME NOW**, Plaintiffs, ROBERT AVERY and JOSHUA AVERY, f/k/a JOSHUA HICKS (hereinafter collectively, "Plaintiffs"), by and through the undersigned counsel pursuant to Local Rule 3.08, Middle District of Florida, and hereby submit this *Notice of Pending Settlement* and state:

    1.    Plaintiffs and Defendant, SYNCHRONY BANK (hereinafter "Defendant"), reached a conditional settlement regarding all claims in this case, and the parties are presently drafting, finalizing, and executing a written settlement agreement and release of liability.

    2.    Upon execution of a mutually-agreeable settlement agreement and release—and compliance with its terms—undersigned counsel will execute and file a Notice of Settlement and Stipulation for Dismissal with Prejudice.

    3.    To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies he consulted with Defendant's counsel, and Defendant agrees to the relief sought herein.

    Submitted this 21st day of April 2017.

Respectfully submitted,

**LEAVENLAW**

/s/ *Aaron M. Swift*
**Ian R. Leavengood, Esq., FBN 010167**
**Aaron M. Swift, Esq., FBN 093088**
**Gregory H. Lercher, Esq., FBN 106991**
**Sara J. Weiss, Esq., FBN 115637**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax: (727) 327-3305
consumerservice@leavenlaw.com
aswift@leavenlaw.com
glercher@leavenlaw.com
sweiss@leavenlaw.com
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed a copy of the foregoing *Notice of Pending Settlement* with the Clerk of the Court via the CM/ECF system, and a copy of the same has been furnished electronically this 21st day of April 2017 to:

Peter H. Hernandez, Esq.
Marc T. Parrino, Esq.
Lauren A. Marsicano, Esq.
Liebler Gonzalez & Portuondo
Courthouse Tower
44 West Flagler Street, 25th Floor
Miami, FL 33130
service@lgplaw.com
pah@lgplaw.com
mtp@lgplaw.com
lam@lgplaw.com
jmarmo@reedsmith.com
*Attorneys for Synchrony Bank*

/s/ *Aaron M. Swift*
Attorney